# EXHIBIT B



500 Fifth Avenue
Suite 1530
New York, NY 10110
Main: (212) 355-7800

July 31, 2020

**<u>VIA FEDEX</u>**

Painted Tree San Antonio, LLC
15400 Chenal Parkway, Suite 200
Little Rock, AR 72211
Attention: Michael Cavallo and Corey Gillum, Owners

**<u>NOTICE OF DEFAULT</u>**

Re:    Notice of Default with respect to Lease dated June 28, 2019 ("Lease") by and between Seritage SRC Finance LLC ("Landlord") and Painted Tree San Antonio, LLC ("Tenant") for certain premises located in Park North, San Antonio, TX

To Whom It May Concern,

Landlord delivered possession of the Demised Premises to Tenant on February 21, 2020. As of the date hereof, Tenant continues to refuse to take possession. Pursuant to Section 16.01(a)(iv) of the Lease, if Tenant shall refuse to take possession of the Demised Premises upon the Commencement Date, it shall be deemed an event of Default.

Additionally, pursuant to Section 5.12(a) of the Lease, Tenant was required to deposit with Landlord a sum equal to Twenty-Five Thousand and 00/100 Dollars ($25,000.00) as security, which was to be paid in two (2) installments. The first installment in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00) was due ten (10) days following Landlord's waiver or receipt of the Governmental Approvals and Bed Bath & Beyond Waiver, which waivers were received on July 24, 2019. The second installment in the amount of Ten Thousand and 00/100 Dollars ($10,000.00), was due ten (10) days following the Commencement Date. As of the date hereof, Tenant has failed to pay to either installment of the Security

Accordingly, Tenant is in violation of the terms of the Lease. Tenant has twenty (20) days from Tenant's receipt of this notice to take possession of the Demised Premises and remit payment of the Security. Failure to correct the violations described herein within the applicable cure periods set forth in the Lease, will constitute a Default under the Lease and Landlord may pursue all of its remedies available under the Lease, at law or in equity.

Should you have any questions regarding this matter, please contact Jordan Goldblum, Leasing Manager, at jgoldblum@seritage.com. All capitalized terms used herein shall have the meanings ascribed to them in the Lease.

**NYSE: SRG**

Painted Tree San Antonio, LLC
July 31, 2020
Page 2

Sincerely yours,
SERITAGE SRC FINANCE LLC

*Nino Cammalleri*
Nino Cammalleri
SVP & Real Estate Counsel of Seritage Growth
Properties, L.P.
as authorized signatory

Cc:     Painted Tree Marketplace, LLC
        15400 Chenal Pkwy, Suite 200
        Little Rock, Arkansas 72211

**NYSE: SRG**