# EXHIBIT C

# Cole Schotz P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Jamie P. Clare
Member
Admitted in NJ and CA

Reply to New Jersey Office
Writer's Direct Line: 201.525.6354
Writer's Direct Fax: 201.678.6354
Writer's E-Mail: JClare@coleschotz.com

December 2, 2020

**Via Federal Express**

Painted Tree San Antonio, LLC
15400 Chenal Parkway, Suite 200
Little Rock, AR 72211
Attn.: Michael Cavallo and Corey Gillum,
Owners

**Notice of Tenant Default**

Re:   Lease dated June 28, 2019 (as may be amended, the "Lease") by and between
      Seritage SRC Finance LLC, a Delaware limited liability company ("Landlord")
      and Painted Tree San Antonio, LLC, a Texas limited liability company ("Tenant")
      concerning the premises located at Park North, San Antonio, Texas

Dear Sirs:

This firm represents Landlord in the above matter. As you know Landlord delivered possession of the Demised Premises to Tenant on February 21, 2020. On July 31, 2020, Landlord notified Tenant of its default under the Lease due to its refusal to take possession of the Demised Premises and failure to pay Security pursuant to the Lease. This letter shall serve as written notice to Tenant, and, Painted Tree Marketplace, LLC, as Guarantor, of Tenant's continuing default under the Lease due to its failure to perform work, open or commence payment of rent as required pursuant to the Lease. Demand is hereby made that Tenant and/or Guarantor cure Tenant's continuing defaults under the Lease within ten (10) days.

A draft complaint for default under the Lease is enclosed. The complaint will be filed without further notice to you if Tenant and/or Guarantor do not remedy Tenant's defaults under the Lease within ten (10) days of receipt of this notice. Be advised Landlord shall pursue all rights and remedies available to it pursuant to the Lease, at law and in equity, including, but not limited to, termination of the Lease and exercise of Landlord's accelerated rent remedy pursuant to the Lease.

Nothing herein is intended to limit, waive, restrict or otherwise alter any of Landlord's rights and remedies against Tenant and all others who may be responsible for Tenant's performance under the Lease. Any failure of the Landlord to exercise promptly any right, power or remedy provided under the Lease or at law or in equity shall not constitute or be construed as

54141/0277-21736820v1

Cole Schotz P.C.

Michael Cavallo and Corey Gillum
December 2, 2020
Page 2

a waiver or relinquishment of the same, nor shall the Landlord be estopped from exercising any such right, power or remedy at a later date.

Landlord expressly reserves all rights, claims and defenses against Tenant and Guarantor.

Very truly yours,

COLE SCHOTZ P.C.

*/s/ Jamie P. Clare*

Jamie P. Clare

JPC:mls
Enclosure
cc:    Painted Tree Marketplace, LLC
       15400 Chenal Parkway, Suite 200
       Little Rock, AR 72211

54141/0277-21736820v1

# COLE SCHOTZ P.C.

## FEDEX SHIPMENT REQUEST

**DATE: DECEMBER 2, 2020**

```
Invo: MICHELE STEMPEL Date : 02Dec20      Shipping :    28.86
Cust: 54141-0277-0397 Weight : 0.15 LBS   Special  :     6.40
Phone : (201)489-3000 TRACK: 9379 3188 5165 Handling :    0.00
Dept :                DOC#:               Total    :    35.26
              Svcs: PRIORITY OVERNIGHT DSR
                  TRCK: 9379 3188 5165
```

### SHIPPING LABEL DATA

| | |
|---|---|
| CONTACT NAME: | Michael Cavallo and Corey Gillum |
| COMPANY NAME: | Painted Tree San Antonio, LLC |
| STREET ADDRESS: | 15400 Chenal Parkway, Suite 200 Little Rock, AR 72211 |
| TELEPHONE: | |

### CHARGE TO (please check one box only)

☑ CLIENT MATTER NUMBER

☐ RECIPIENT'S ACCOUNT NUMBER

☐ THIRD PARTY'S ACCOUNT NUMBER

☐ FIRM BUSINESS

☐ PERSONAL (TO BE REIMBURSED)

**Billing/Account Number:**
54141-0277

### ADDITIONAL DATA

| | |
|---|---|
| SHIPPING ATTORNEY NAME/BILLING NUMBER: | Jamie P. Clare/0397 |
| SECRETARY NAME AND EXTENSION: | Michele Stempel/5083 |
| RETURN THIS FORM TO: | M. Stempel |
| COVER LETTER DOCUMENT NUMBER: | 21736820 |

### SPECIAL DELIVERY REQUIREMENTS

***Note: All residential deliveries by UPS will be made without a signature.***

☑ Next Day Air/Priority Delivery (Guaranteed 10:30 AM)

☐ Next Day Saver/Standard Delivery

☐ Economy Two-day (By 4:30 PM)

☐ Saturday Delivery

☐ FedEx Express Saver (Third Business Day)

**DELIVER WITHOUT SIGNATURE? NO**

**\*\*\*SHIPMENTS CANNOT BE MADE WITHOUT COMPLETE AND ACCURATE INFORMATION\*\*\***

# COLE SCHOTZ P.C.

## FEDEX SHIPMENT REQUEST

**DATE: DECEMBER 2, 2020**

```
Invo: J.CLARE/54141-0 Date : 02Dec20      Shipping :    28.86
Cust: 54141-0277-0397 Weight : 0.15 LBS    Special :     6.40
Phone : (201)489-3000 TRACK: 9379 3188 5154 Handling :    0.00
Dept :                DOC#:                Total :      35.26
              Svcs: PRIORITY OVERNIGHT DSR
                TRCK: 9379 3188 5154
```

## SHIPPING LABEL DATA

CONTACT NAME:

COMPANY NAME: Painted Tree Marketplace, LLC

STREET ADDRESS: 15400 Chenal Parkway, Suite 200
Little Rock, AR 72211

TELEPHONE:

## CHARGE TO (please check one box only)

☑ CLIENT MATTER NUMBER

☐ RECIPIENT'S ACCOUNT NUMBER

☐ THIRD PARTY'S ACCOUNT NUMBER

☐ FIRM BUSINESS

☐ PERSONAL (TO BE REIMBURSED)

**Billing/Account Number:**
54141-0277

## ADDITIONAL DATA

| | |
|---|---|
| SHIPPING ATTORNEY NAME/BILLING NUMBER: | Jamie P. Clare/0397 |
| SECRETARY NAME AND EXTENSION: | Michele Stempel/5083 |
| RETURN THIS FORM TO: | M. Stempel |
| COVER LETTER DOCUMENT NUMBER: | 21736820 |

## SPECIAL DELIVERY REQUIREMENTS

***Note: All residential deliveries by UPS will be made without a signature.***

☑ Next Day Air/Priority Delivery (Guaranteed 10:30 AM)

☐ Next Day Saver/Standard Delivery

☐ Economy Two-day (By 4:30 PM)

☐ Saturday Delivery

☐ FedEx Express Saver (Third Business Day)

**DELIVER WITHOUT SIGNATURE? NO**

**\*\*\*SHIPMENTS CANNOT BE MADE WITHOUT COMPLETE AND ACCURATE INFORMATION\*\*\***