**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| SERITAGE SRC FINANCE, LLC,<br>        Plaintiff,<br><br>v.<br><br>PAINTED TREE SAN ANTONIO, LLC and<br>PAINTED TREE MARKETPLACE, LLC<br>        Defendants. | Civil Action No. 5:21-CV-00133-JKP |

**ALTERNATIVE DISPUTE RESOLUTION REPORT**

Plaintiff Seritage SRC Finance, LLC ("Seritage") and Defendants Painted Tree San Antonio, LLC and Painted Tree Marketplace, LLC (collectively, "Painted Tree" and with Seritage, the "Parties") make the following report in accordance with the Court's Scheduling Order signed and entered on May 12, 2021 and the Local Court Rule CV-88. The Parties would respectfully show the Court as follows:

**1.   METHOD OF ALTERNATIVE DISPUTE RESOLUTION**

The Parties agree upon mediation.

**2.   ALTERNATIVE DISPUTE RESOLUTION PROVIDER**

The Parties agree upon the following mediator:

> Donald R. Philbin, Jr.
> P.O. Box 12367
> San Antonio, Texas 78212-0367

Due to the ongoing Covid-19 global pandemic and recognizing the recent rise in the Delta Variant of Covid-19, the Parties agree to conduct the mediation remotely.

**3.   METHOD OF COMPENSATING PROVIDER**

The Parties agree to split the mediator's fee evenly.

**4.   DATE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION**

The Parties believe that a mediation deadline of April 1, 2022 would be appropriate for this case.

Dated: August 27, 2021                                  Respectfully submitted,

*/s/ Ian R. Phillips*
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
Ian Ross Phillips
Texas Bar No. 24091239
iphillips@coleschotz.com
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF SERITAGE SRC FINANCE LLC**

*/s/ Clint Buck*
Clint Buck
BRANSCOMB LAW
4630 N. Loop 1604 West, Suite 206
San Antonio, Texas 78249
Telephone (210) 598-5400
Telecopier (210) 598-5405
Email: cbuck@branscomblaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on August 27, 2021, a true and correct copy of the foregoing Alternative Dispute Resolution Report has been served in a manner consistent with the Federal Rules of Civil Procedure upon Defendants Painted Tree San Antonio, LLC, and Painted Tree Marketplace, LLC, by and through their counsel of record, as follows:

>Clint Buck
>BRANSCOMB LAW
>4630 N. Loop 1604 West, Suite 206
>San Antonio, Texas 78249
>Telephone (210) 598-5400
>Telecopier (210) 598-5405
>Email: cbuck@branscomblaw.com
>*Attorney for Defendants*

>*/s/ Ian R. Phillips*
>Ian Ross Phillips